■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO MARCANO, Appellant. [705 NYS2d 296] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered July 8, 1997, convicting him of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment be affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. S. Miller, J. P., Krausman, Florio and H. Miller, JJ., concur.